**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **BRENDA K COHN,** | ) | Case No. 14-02008 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

**COVER SHEET FOR APPLICATION
FOR PROFESSIONAL COMPENSATION**

Name of Applicant:   HERZOG & SCHWARTZ, P.C.

Authorized to Provide Professional Services to:  Trustee

Date of Order Authorizing Employment:  May 1, 2014

Period For Which Compensation is Sought:  From April 23, 2014
through present

Amount of Fees Sought:  $ 9,000.00 *

Amount of Expense Reimbursement Sought:  $ 0.00

This is a(n):  Interim Application __  Final Application  X

**\* Time spent totals $14,895.00, but in order to provide a larger dividend to creditors, Professional has agreed to accept $9,000 in full payment of fees owed**

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period | Total Period Requested and Expenses | Fees Allowed | Any Amount Total Ordered Withheld |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| | | | | |

1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| BRENDA K COHN, | ) | Case No. 14-02008 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

**FINAL APPLICATION FOR**
**COMPENSATION OF COUNSEL FOR THE TRUSTEE**

Pursuant to 11 U.S.C. §331, HERZOG & SCHWARTZ, P.C., counsel for the Trustee, David R. Herzog, respectfully applies to this Court for final compensation for actual, necessary services rendered and reimbursement for actual, necessary out-of-pocket expenses. HERZOG & SCHWARTZ, P.C. has divided this application into two parts. The first part of the application shall review the problems confronted by the Trustee and provide general background information. The second part of the application shall provide an analysis by task of legal work performed by the HERZOG & SCHWARTZ, P.C.

**PART I**

**BACKGROUND**

The debtor, BRENDA COHN, filed a petition under Chapter 7 of Title U.S.C. ("Bankruptcy Code") on January 23, 2014. On May 1, 2014, an order was entered which permitted the Trustee to employ the law firm of Herzog & Schwartz, P.C. (the "law firm"), as attorneys for the Trustee.

Each task performed by the law firm will be discussed in detail. This fee application covers services rendered by the law firm for the period of April 23, 2014 through the present. The billable rates for members of the law firm were charged on an hourly basis. This application sets forth the hours of work performed per attorney, per task at the hourly rate that was in effect at the time the services were provided. A detailed description of each time entry is attached to this application as Exhibit A.

## PART II

## TASK ANALYSIS

A.  General Administrative

H&S spent 7.80 hours performing general administrative legal work, including preparation of employment applications for the law firm and §363 Motion to Sell Property of the Debtor and Report of Sale.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 450.00 per hour | 7.80 | $ 3,510.00 |
| **TOTAL** | **7.80** | **$ 3,510.00** |

B.  Objection to Discharge

H&S spent 12.80 hours in connection with the preparation and filing of an adversary complaint objecting to the Debtor's discharge.  The law firm represented the Trustee at the trial of the matter.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 400.00 per hour | 12.80 | $ 5,760.00 |
| **TOTAL** | **12.80** | **$ 5,760.00** |

C.  Advesary Actions

H&S spent 12.50 in connection with the preparation and filing of two adversary complaints for turn-over of money and property of the estate.  In one adversary proceeding, the law firm secured the turn-over of a diamond ring belonging to the Estate. In the second adversary case, the law firm settled with Art Cohn with respect to monies held by CT&T in connection with the sale of his former marital residence.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 400.00 per hour | 12.50 | $ 5,625.00 |
| **TOTAL** | 12.50 | $ 5,625.00 |

## **RECAPITULATION**

|  | Hours | Costs |
|---|---|---|
| Category A | 7.80 | $ 3,510.00 |
| Category B | 12.80 | $ 5,760.00 |
| Category C | 12.50 | $ 5,625.00 |
| **TOTAL** | **33.40** | **$ 14.895.00** |

Herzog & Schwartz, P.C. has incurred fees in the amount of $14,895.00. However, in order to provide a larger dividend for creditors, the law firm is limiting their request to $9,000.00.

WHEREFORE, the law firm respectfully requests that this Honorable Court enter an Order:

1) Granting the law firm reasonable compensation of $9,000.00, and necessary expenses of $0.00 for legal services rendered in this case.

2) For such further relief that this Honorable Court deems just and reasonable.

HERZOG & SCHWARTZ, P.C.

By: /s/  David R. Herzog

David R. Herzog
HERZOG & SCHWARTZ, P.C.
Attorneys for the Trustee
77 West Washington Street
Suite 1400
Chicago, Illinois  60602
(312) 977-1600

**EXHIBIT A**

**CATEGORY A**

| Date | Professional / Description | Time/Cost |
|---|---|---|
| 04/23/14 | David R. Herzog<br>Prepare motion for employment of counsel. | 0.70<br>315.00 |
| 04/24/14 | David R. Herzog<br>Finalize application for employment as counsel for trustee. | 0.20<br>90.00 |
| 05/01/14 | David R. Herzog<br>Court appearance entering order approving employment as attorney for trustee. | 0.60<br>270.00 |
| 05/05/14 | David R. Herzog<br>Prepare motion and order objecting to Debtor's Claim of exemption. | 1.50<br>675.00 |
| 05/20/14 | David R. Herzog<br>Attend Court call and obtain order on objection to Debtor's claim to objection. | 1.00<br>450.00 |
| 01/24/17 | David R. Herzog<br>Prepare Motion to Sell Diamond Ring, Free and Clear of Liens. | 1.70<br>765.00 |
| 02/16/17 | David R. Herzog<br>Attend court call on Motion to Sell Diamond Ring and advise court of competing bidder | 1.00<br>450.00 |
| 02/28/17 | David R. Herzog<br>Prepare proposed order selling rights to highest bidder. | 0.20<br>90.00 |
| 03/02/17 | David R. Herzog<br>Obtain court approval of sale of diamond ring. | 0.80<br>360.00 |
| 04/05/17 | David R. Herzog<br>Send copy of appraisal to winning bidder. | 0.10<br>45.00 |

**CATEGORY B**

| Date | Professional / Description | Time/Cost |
|---|---|---|
| 04/23/14 | David R. Herzog<br>Prepare Complaint objecting to discharge. | 2.50<br>1,125.00 |
| 04/24/14 | David R. Herzog<br>Finalize and file adversary complaint objecting to discharge. | 1.00<br>450.00 |
| 06/17/14 | David R. Herzog<br>Attend status call on adversary against Debtor. | 0.40<br>180.00 |
| 07/15/14 | David R. Herzog<br>Attend court call re status of adversary against Debtor. | 0.40<br>180.00 |
| 08/27/14 | David R. Herzog<br>Trial preparation in adversary against Brenda Cohn, objection to discharge. File witness list and list of exhibits. | 3.00<br>1.,350.00 |
| 09/15/14 | David R. Herzog<br>Trial preparation for complaint objecting to discharge. | 3.50<br>1.,575.00 |
| 09/16/14 | David R. Herzog<br>Trial re: complaint objecting to discharge | 2.00<br>900.00 |

**CATEGORY C**

| Date | Professional / Description | Time/Cost |
|---|---|---|
| 05/05/14 | David R. Herzog<br>Prepare and file adversary complaint against creditor Cohn and CT&T. | 2.00<br>900.00 |
| 05/05/14 | David R. Herzog<br>Prepare and file adversary complaint against Claire Lebovitz. | 2.00<br>900.00 |
| 05/29/14 | David R. Herzog<br>Review Answer filed by on behalf of Art Cohn in Herzog vs. Cohn and CTT. | 0.20<br>90.00 |
| 06/17/14 | David R. Herzog<br>Attend status call on adversary against Claire Lebovitz. | 0.40<br>180.00 |
| 06/17/14 | David R. Herzog<br>Attend court call re status of adversary against Art Cohn and CT&T. | 0.40<br>180.00 |
| 07/15/14 | David R. Herzog<br>Attend court call re status of adversary against Lebovitz. | 0.40<br>180.00 |
| 07/15/14 | David R. Herzog<br>Attend court call re status of adversary against Cohn and CT&T. | 0.40<br>180.00 |
| 08/07/14 | David R. Herzog<br>Obtain turn-over of property from Lebovitz. | N/C |
| 08/12/14 | David R. Herzog<br>Prepare notice of Dismissal of adversary complaint against Lebovitz. | 0.20<br>90.00 |
| 08/19/14 | David R. Herzog<br>Attend court call re status of adversary against Art Cohn and CT&T. | 0.20<br>90.00 |
| 08/26/14 | David R. Herzog<br>Attend court call re status of art Cohn adversary. | 0.70<br>315.00 |
| 10/17/14 | David R. Herzog<br>Prepare and file Rule 9019 Motion in adversary against Art Cohn and CT&T. | 2.50<br>1,125.00 |
| 11/13/14 | David R. Herzog<br>Attend court hearing on approval of Art Cohn compromise | 1.00<br>450.00 |
| 03/02/15 | David R. Herzog<br>Prepare order amending order compromising Art Cohn adversary. | 1.50<br>675.00 |

| | | | |
|---|---|---|---|
| 03/10/15 | David R. Herzog | | 0.60 |
| | Revisions to amended order compromising Art Cohn adversary. | | 270.00 |

TOTAL HOURS: 33.10
TOTAL FEE: $ 14,895.00