**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **BRENDA K COHN,** | ) | **Case No. 14-02008** |
| | ) | |
| **Debtor.** | ) | **Hon. Pamela S. Hollis** |

## CERTIFICATE OF NOTICE

    The undersigned, an attorney, certifies that he caused to be served a copy of the NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) on the attached service list, via the ECF court system, or by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 1st day of December, 2017.

                                                            */s/ David R. Herzog*
                                                             Trustee in Bankruptcy

**SERVICE LIST**

<u>VIA ECF</u>

Office of the U.S. Trustee
219 S Dearborn St, Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Brenda K. Cohn
c/o James J. Burns, Jr.
The Burns Law Firm P.C.
53 West Jackson Blvd.
Suite 724
Chicago, IL 60604
jim@burnsbankruptcy.com

Arthur Cohn
c/o Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Ste. 3705
Chicago, IL 60603
sclar@craneheyman.com

Recovery Management Systems Corporation
25 SE Second Avenue Suite 1120
Miami, FL 33131
claims@recoverycorp.com

Wendy R. Morgan
1845 E. Rand Road
Suite 211
Arlington Heights, IL 60004
bk@wendymorgan.com

<u>VIA REGULAR MAIL</u>

Arthur J. Cohn
c/o Ms. Dianne M. Panos
12820 S. Ridgeland, Suite A
Palos Heights, IL 60453

Bank Of America
PO Box 982235
El Paso, TX 79998

Chase
PO Box 15298
Wilmington, DE 19850

Chase
PO Box 15153
Wilmington, DE 19886

Citibank Sd, Na
Attn: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
PO Box 15316
Wilmington, DE 19850

Lord & Taylor
601 Olive St.
Saint Louis, MO 63101-1717

PYOD, LLC its successors and assigns
as assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

The UPS Store
4957 Oakton Street
Skokie, IL 60077

Travelers Personal Insurance
PO Box 660307
Dallas, TX 75266

US Bank Home Mortgage
4801 Frederica St
Owensboro, KY 42301