**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-02008 |
| | § | |
| BRENDA K. COHN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $163,275.00 | Assets Exempt: | $68,367.00 |
| Total Distributions to Claimants: | $32,229.42 | Claims Discharged Without Payment: | $133,326.86 |
| Total Expenses of Administration: | $17,931.53 | | |

3) Total gross receipts of $50,160.95 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $50,160.95 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $17,931.53 | $17,931.53 | $17,931.53 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $165,556.28 | $165,556.28 | $32,229.42 |
| **Total Disbursements** | $0.00 | $183,487.81 | $183,487.81 | $50,160.95 |

4). This case was originally filed under chapter 7 on 01/23/2014. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/01/2018     By:   /s/ David R. Herzog
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Diamond Ring (Women's clothes, shoes and coats) | 1129-000 | $7,500.00 |
| Escrow account - One half interest in funds from sale of real estate at 6858 Laurel Skokie, IL 60077 | 1129-000 | $39,800.31 |
| Turnover of monies by Arthur Cohn | 1290-000 | $2,860.64 |
| **TOTAL GROSS RECEIPTS** | | $50,160.95 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $5,758.05 | $5,758.05 | $5,758.05 |
| Arthur B. Levine Company | 2300-000 | NA | $38.71 | $38.71 | $38.71 |
| Bank of Texas | 2600-000 | NA | $1,857.45 | $1,857.45 | $1,857.45 |
| Green Bank | 2600-000 | NA | $117.32 | $117.32 | $117.32 |
| Clerk of the Bankruptcy Court | 2700-000 | NA | $181.00 | $181.00 | $181.00 |
| Clerk of the U.S. Bankruptcy Court | 2700-000 | NA | $879.00 | $879.00 | $879.00 |
| Arthur Cohn | 2990-000 | NA | $100.00 | $100.00 | $100.00 |
| Herzog & Schwartz, P.C., Attorney for Trustee | 3110-000 | NA | $9,000.00 | $9,000.00 | $9,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $17,931.53 | $17,931.53 | $17,931.53 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $0.00 | $18,822.84 | $18,822.84 | $3,664.30 |
| 2 | Synchrony Bank | 7100-000 | $0.00 | $1,355.50 | $1,355.50 | $263.88 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $22,111.67 | $22,111.67 | $4,304.56 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $18,266.27 | $18,266.27 | $3,555.96 |
| 5 | Arthur Cohn | 7100-000 | $0.00 | $105,000.00 | $105,000.00 | $20,440.72 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $165,556.28 | $165,556.28 | $32,229.42 |

Case 14-02008   Doc 63   Filed 03/13/18   Entered 03/13/18 14:14:16   Desc Main
Document      Page 5 of 12

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 14-02008-PH | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | COHN, BRENDA K. | Date Filed (f) or Converted (c): | 01/23/2014 (f) |
| For the Period Ending: | 3/1/2018 | §341(a) Meeting Date: | 03/03/2014 |
| | | Claims Bar Date: | 07/14/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Turnover of monies by Arthur Cohn  (u) | Unknown | Unknown | | $2,860.64 | FA |
| 2  601 Corlew Court White Bluff, TN 37187 | $123,000.00 | $0.00 | | $0.00 | FA |
| 3  Checking Account (account frozen due to divorce case litigation) | $50,000.00 | $0.00 | | $0.00 | FA |
| 4  Escrow account - One half interest in funds from sale of real estate at 6858 Laurel Skokie, IL 60077 | $50,967.53 | $0.00 | | $39,800.31 | FA |
| 5  In storage miscellaneous household furniture | $1,800.00 | $0.00 | | $0.00 | FA |
| 6  Diamond Ring (Women's clothes, shoes and coats) | $2,000.00 | $7,500.00 | | $7,500.00 | FA |
| 7  Nationwide Retirement Solutions - County Pension | $50,967.00 | $0.00 | | $0.00 | FA |
| 8  Cinderella Valet Shop - 10% | Unknown | $0.00 | | $0.00 | FA |
| 9  2006 Buick Rendezvous - 60,000 miles | $5,875.00 | $0.00 | | $0.00 | FA |
| 10 Fraudulent conveyance of property to Claire Leibovitz | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

|   |   |   |   | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $284,609.53 | $7,500.00 | | $50,160.95 | $0.00 |

**Major Activities affecting case closing:**

07/26/2017    Attempting to either sell or abandon remaining personal property.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 | **Current Projected Date Of Final Report (TFR):** | 09/30/2017 | /s/ DAVID R. HERZOG |
|---|---|---|---|---|
| | | | | DAVID R. HERZOG |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit 9

| Case No.: | 14-02008-PH | Trustee Name: | David R. Herzog |
| Case Name: | COHN, BRENDA K. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***5099 | Checking Acct #: | ******0188 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/23/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/07/2014 | (1) | Arthur J. Cohn | Last month's mortgage payment, 1/2 Chase refund | 1290-000 | $1,306.14 | | $1,306.14 |
| 05/07/2014 | (1) | Arthur J. Cohn | Traveler's insurance, 1/2 refund 1 year insurance | 1290-000 | $1,554.50 | | $2,860.64 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,850.64 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,840.64 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,830.64 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,820.64 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,810.64 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,800.64 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,790.64 |
| 04/22/2015 | (4) | Chicago Title & Trust Company | Turnover of escrow proceeds pursuant to court orders 11-13-14 and 3-10-15 -- Delay in deposit remittance due to computer error and inability to generate deposit slip. | 1129-000 | $39,800.31 | | $42,590.95 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.72 | $42,522.23 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.61 | $42,453.62 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $66.29 | $42,387.33 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.40 | $42,318.93 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $66.08 | $42,252.85 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $68.18 | $42,184.67 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.88 | $42,116.79 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $63.40 | $42,053.39 |
| 03/16/2016 | 3001 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $22.84 | $42,030.55 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.67 | $41,962.88 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $65.35 | $41,897.53 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.42 | $41,830.11 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $65.14 | $41,764.97 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.21 | $41,697.76 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.10 | $41,630.66 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $64.83 | $41,565.83 |
| | | | **SUBTOTALS** | | **$42,660.95** | **$1,095.12** | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-02008-PH | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | COHN, BRENDA K. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***5099 | Checking Acct #: | ******0188 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/23/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $66.89 | $41,498.94 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $64.62 | $41,434.32 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $66.67 | $41,367.65 |
| 01/26/2017 | 3002 | Clerk of the Bankruptcy Court | Motion to Sell Filing Fee (Diamond Ring) | 2700-000 | | $181.00 | $41,186.65 |
| 01/26/2017 | 3003 | Arthur Cohn | Reimbursement for payment of appraisal fee to Chicago Gem Lab (diamond ring) | 2990-000 | | $100.00 | $41,086.65 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $66.75 | $41,019.90 |
| 02/16/2017 | 3004 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $14.22 | $41,005.68 |
| 02/16/2017 | 3004 | VOID: Arthur B. Levine Company | Bond payment - void due to improper allocation | 2300-003 | | ($14.22) | $41,019.90 |
| 02/16/2017 | 3005 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $15.87 | $41,004.03 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $59.92 | $40,944.11 |
| 03/03/2017 | (6) | South Hampton Financial LLC | Proceeds for sale of ring pursuant to order dated 3/2/17 (#53) | 1129-000 | $7,500.00 | | $48,444.11 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $75.54 | $48,368.57 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $75.69 | $48,292.88 |
| 05/30/2017 | 3003 | VOID: Arthur Cohn | Reimbursement for appraisal cost - void due to returns for bad address | 2990-003 | | ($100.00) | $48,392.88 |
| 05/30/2017 | 3006 | Arthur Cohn | Reimbursement for payment of appraisal fee to Chicago Gem Lab (diamond ring) - Originally sent to wrong address/returned | 2990-000 | | $100.00 | $48,292.88 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $78.09 | $48,214.79 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $75.45 | $48,139.34 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $77.84 | $48,061.50 |
| 08/17/2017 | 3006 | VOID: Arthur Cohn | Reimbursement for appraisal cost - void due to returns for bad address | 2990-003 | | ($100.00) | $48,161.50 |
| 08/17/2017 | 3007 | Arthur Cohn | Reimbursement for payment of appraisal fee to Chicago Gem Lab (diamond ring) - Sending to updated mailing address | 2990-000 | | $100.00 | $48,061.50 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $77.71 | $47,983.79 |
| | | | **SUBTOTALS** | | **$7,500.00** | **$1,082.04** | |

**FORM 2** Page No: 3 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-02008-PH | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | COHN, BRENDA K. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***5099 | Checking Acct #: | ******0188 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/23/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2017 | | Green Bank | Transfer Funds | 9999-000 | | $47,983.79 | $0.00 |
| | | | **TOTALS:** | | $50,160.95 | $50,160.95 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $47,983.79 | |
| | | | **Subtotal** | | $50,160.95 | $2,177.16 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $50,160.95 | $2,177.16 | |

For the period of 1/23/2014 to 3/1/2018

| | |
|---|---|
| Total Compensable Receipts: | $50,160.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,160.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $2,177.16 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,177.16 |
| Total Internal/Transfer Disbursements: | $47,983.79 |

For the entire history of the account between 05/07/2014 to 3/1/2018

| | |
|---|---|
| Total Compensable Receipts: | $50,160.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,160.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $2,177.16 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,177.16 |
| Total Internal/Transfer Disbursements: | $47,983.79 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4   Exhibit 9

| Case No. | 14-02008-PH | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | COHN, BRENDA K. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5099 | Checking Acct #: | ******0801 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 1/23/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2017 |  | Bank of Texas | Transfer Funds | 9999-000 | $47,983.79 |  | $47,983.79 |
| 09/29/2017 |  | Green Bank | Bank Service Fee | 2600-000 |  | $42.46 | $47,941.33 |
| 10/31/2017 |  | Green Bank | Bank Service Fee | 2600-000 |  | $74.86 | $47,866.47 |
| 01/11/2018 | 5001 | David R. Herzog | Trustee Compensation | 2100-000 |  | $5,758.05 | $42,108.42 |
| 01/11/2018 | 5001 | VOID: David R. Herzog |  | 2100-003 |  | ($5,758.05) | $47,866.47 |
| 01/11/2018 | 5002 | Herzog & Schwartz, P.C. | Distribution Dividend: 100.00; Account Number: ; Claim #: ; Amount Claimed: 9,000.00; Amount Allowed: 9,000.00; | 3110-000 |  | $9,000.00 | $38,866.47 |
| 01/11/2018 | 5002 | VOID: Herzog & Schwartz, P.C. |  | 3110-003 |  | ($9,000.00) | $47,866.47 |
| 01/11/2018 | 5003 | Discover Bank | Distribution Dividend: 19.47; Account Number: ; Claim #: 1; Amount Claimed: 18,822.84; Amount Allowed: 18,822.84; | 7100-000 |  | $3,664.30 | $44,202.17 |
| 01/11/2018 | 5003 | VOID: Discover Bank |  | 7100-003 |  | ($3,664.30) | $47,866.47 |
| 01/11/2018 | 5004 | Synchrony Bank | Distribution Dividend: 19.47; Account Number: ; Claim #: 2; Amount Claimed: 1,355.50; Amount Allowed: 1,355.50; | 7100-000 |  | $263.88 | $47,602.59 |
| 01/11/2018 | 5004 | VOID: Synchrony Bank |  | 7100-003 |  | ($263.88) | $47,866.47 |
| 01/11/2018 | 5005 | PYOD, LLC its successors and assigns as assignee | Distribution Dividend: 19.47; Account Number: ; Claim #: 3; Amount Claimed: 22,111.67; Amount Allowed: 22,111.67; | 7100-000 |  | $4,304.56 | $43,561.91 |
| 01/11/2018 | 5005 | VOID: PYOD, LLC its successors and assigns as assignee |  | 7100-003 |  | ($4,304.56) | $47,866.47 |
| 01/11/2018 | 5006 | PYOD, LLC its successors and assigns as assignee | Distribution Dividend: 19.47; Account Number: ; Claim #: 4; Amount Claimed: 18,266.27; Amount Allowed: 18,266.27; | 7100-000 |  | $3,555.96 | $44,310.51 |
| 01/11/2018 | 5006 | VOID: PYOD, LLC its successors and assigns as assignee |  | 7100-003 |  | ($3,555.96) | $47,866.47 |
| 01/11/2018 | 5007 | Arthur Cohn | Distribution Dividend: 19.47; Account Number: ; Claim #: 5; Amount Claimed: 105,000.00; Amount Allowed: 105,000.00; | 7100-000 |  | $20,440.72 | $27,425.75 |
|  |  |  | **SUBTOTALS** |  | **$47,983.79** | **$20,558.04** |  |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5   Exhibit 9

| Case No. | 14-02008-PH | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | COHN, BRENDA K. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5099 | Checking Acct #: | ******0801 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 1/23/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/11/2018 | 5007 | VOID: Arthur Cohn |  | 7100-003 |  | ($20,440.72) | $47,866.47 |
| 01/11/2018 | 5008 | Clerk of the U.S. Bankruptcy Court | Distribution Dividend: 100.00; Account Number: ; Claim #: 6; Amount Claimed: 879.00; Amount Allowed: 879.00; | 2700-000 |  | $879.00 | $46,987.47 |
| 01/11/2018 | 5008 | VOID: Clerk of the U.S. Bankruptcy Court |  | 2700-003 |  | ($879.00) | $47,866.47 |
| 01/11/2018 | 5009 | David R. Herzog | Trustee Compensation | 2100-000 |  | $5,758.05 | $42,108.42 |
| 01/11/2018 | 5010 | Herzog & Schwartz, P.C. | Distribution Dividend: 100.00; Account Number: ; Claim #: ; Amount Claimed: 9,000.00; Amount Allowed: 9,000.00; | 3110-000 |  | $9,000.00 | $33,108.42 |
| 01/11/2018 | 5011 | Discover Bank | Distribution Dividend: 19.47; Account Number: ; Claim #: 1; Amount Claimed: 18,822.84; Amount Allowed: 18,822.84; | 7100-000 |  | $3,664.30 | $29,444.12 |
| 01/11/2018 | 5012 | Synchrony Bank | Distribution Dividend: 19.47; Account Number: ; Claim #: 2; Amount Claimed: 1,355.50; Amount Allowed: 1,355.50; | 7100-000 |  | $263.88 | $29,180.24 |
| 01/11/2018 | 5013 | PYOD, LLC its successors and assigns as assignee | Distribution Dividend: 19.47; Account Number: ; Claim #: 3; Amount Claimed: 22,111.67; Amount Allowed: 22,111.67; | 7100-000 |  | $4,304.56 | $24,875.68 |
| 01/11/2018 | 5014 | Arthur Cohn | Distribution Dividend: 19.47; Account Number: ; Claim #: 5; Amount Claimed: 105,000.00; Amount Allowed: 105,000.00; | 7100-000 |  | $20,440.72 | $4,434.96 |
| 01/11/2018 | 5015 | PYOD, LLC its successors and assigns as assignee | Distribution Dividend: 19.47; Account Number: ; Claim #: 4; Amount Claimed: 18,266.27; Amount Allowed: 18,266.27; | 7100-000 |  | $3,555.96 | $879.00 |
| 01/11/2018 | 5016 | Clerk of the U.S. Bankruptcy Court | Distribution Dividend: 100.00; Account Number: ; Claim #: 6; Amount Claimed: 879.00; Amount Allowed: 879.00; | 2700-000 |  | $879.00 | $0.00 |

**SUBTOTALS** $0.00 $27,425.75

FORM 2 Page No: 6 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-02008-PH | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | COHN, BRENDA K. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5099 | Checking Acct #: | ******0801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 1/23/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $47,983.79 | $47,983.79 | $0.00 |
| | | | Less: Bank transfers/CDs | | $47,983.79 | $0.00 | |
| | | | Subtotal | | $0.00 | $47,983.79 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $47,983.79 | |

**For the period of 1/23/2014 to 3/1/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $47,983.79 |
| | |
| Total Compensable Disbursements: | $47,983.79 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $47,983.79 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/15/2017 to 3/1/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $47,983.79 |
| | |
| Total Compensable Disbursements: | $47,983.79 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $47,983.79 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-02008-PH | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | COHN, BRENDA K. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5099 | Checking Acct #: | ******0801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 1/23/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $50,160.95 | $50,160.95 | $0.00 |

**For the period of 1/23/2014 to 3/1/2018**

| | |
|---|---|
| Total Compensable Receipts: | $50,160.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,160.95 |
| Total Internal/Transfer Receipts: | $47,983.79 |
| | |
| Total Compensable Disbursements: | $50,160.95 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $50,160.95 |
| Total Internal/Transfer Disbursements: | $47,983.79 |

**For the entire history of the case between 01/23/2014 to 3/1/2018**

| | |
|---|---|
| Total Compensable Receipts: | $50,160.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,160.95 |
| Total Internal/Transfer Receipts: | $47,983.79 |
| | |
| Total Compensable Disbursements: | $50,160.95 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $50,160.95 |
| Total Internal/Transfer Disbursements: | $47,983.79 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG